16 A.3d 351

IN THE MATTER OF KATHLEEN F. GAHLES, AN ATTORNEY
AT LAW (ATTORNEY NO. 012911982).

April 8, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–310, concluding on the record certified to the Board pursuant to Rule 1:20–4(f)(default by respondent) that **KATHLEEN F. GAHLES** of **NESHANIC STATION,** who was admitted to the bar of this State in 1982, and who been temporarily suspended from the practice of law since October 23, 2008, should be censured for violating *RPC* 8.1(b)(failure to reply to a lawful demand for information from a disciplinary authority), and *RPC* 8.4(d)(conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further concluded that respondent should be required to submit proof of her fitness to practice law, as attested to by a mental health professional, and on reinstatement to practice, be required to practice under supervision for a period of two years;

And good cause appearing;

It is ORDERED that **KATHLEEN F. GAHLES** is hereby censured; and it is further

ORDERED that prior to reinstatement to practice, respondent shall submit proof of her fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that on reinstatement to practice, respondent shall practice law under the supervision of a practicing attorney approved by the Office of Attorney Ethics for a period of two years and until the further Order of the Court; and it is further

ORDERED that respondent shall remain temporarily suspended from practice pending her compliance with the Court's Order filed October 23, 2008 and until further Order; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.